UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                      Case No.  10-cr-88-01/02/03-SM

<u>Myles Webster,</u>
<u>Dwayne C. Gousby</u>
<u>and Brittney Indoccio</u>

<u>O R D E R</u>

Defendant Indoccio's motion to continue the final pretrial conference and trial is granted  (document 40).   Trial has been rescheduled for the October 2010 trial period.   Defendant Indoccio  shall file a waiver of speedy trial rights not later than July 30, 2010.   On the filing of such waiver, her  continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   October 8, 2010 at 9:30 a.m.

**Jury Selection**: October 19, 2010  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

July  22,  2010

cc: David Ruoff, Esq.
    Jeffrey Levin, Esq.
    Richard Hubbard, Esq.
    Peter Papps, AUSA
    US Probation
    US Marshal